RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAY - 8 2015

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
Atlanta _____ **DIVISION**

_SCJ_

Rosa Simon Lydick
(Print your full name)

Plaintiff *pro se*,

v.

Advanced Disposal
Services

_____
(Print full name of each defendant; an
employer is usually the defendant)

Defendant(s).

CIVIL ACTION FILE NO.

**1:15-CV-1634**

(to be assigned by Clerk)

## *PRO SE* EMPLOYMENT DISCRIMINATION COMPLAINT FORM

### Claims and Jurisdiction

1. This employment discrimination lawsuit is brought under (check only those that apply):

   ✓    Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e et
        seq., for employment discrimination on the basis of race, color,
        religion, sex, or national origin, or retaliation for exercising rights
        under this statute.

        **NOTE**: To sue under Title VII, you generally must have
        received a notice of right-to-sue letter from the Equal
        Employment Opportunity Commission ("EEOC").

N/A

Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 et seq., for employment discrimination against persons age 40 and over, or retaliation for exercising rights under this statute.

> **NOTE**: To sue under the Age Discrimination in Employment Act, you generally must first file a charge of discrimination with the EEOC.

N/A

Americans With Disabilities Act of 1990, 42 U.S.C. §§ 12101 et seq., for employment discrimination on the basis of disability, or retaliation for exercising rights under this statute.

> **NOTE**: To sue under the Americans With Disabilities Act, you generally must have received a notice of right-to-sue letter from the EEOC.

N/A

Other (describe) _____

_____

_____

_____

_____

2.   This Court has subject matter jurisdiction over this case under the above-listed statutes and under 28 U.S.C. §§ 1331 and 1343.

## Parties

3.  Plaintiff.   Print your full name and mailing address below:

Name       Rosa Simon Lydick

Address    215 Saratoga Dr.
           Alpharetta GA 30022

4.  Defendant(s).   Print below the name and address of each defendant listed on page 1 of this form:

Name       Advanced Disposal Services

Address    90 Fort Wade Rd. Ponte Vedra
           FL 32081

Name       _____

Address    _____
           _____

Name       _____

Address    _____
           _____

## Location and Time

5.  If the alleged discriminatory conduct occurred at a location different from the address provided for defendant(s), state where that discrimination occurred:

Advanced Disposal
5374 Goshen Springs Rd. Norcross, GA
                                     30093

Page 3 of 9

6.  When did the alleged discrimination occur?  (State date or time period)

    _October 2011, February 13, 2012, May 3, 2012_
    _May 3 2012 throught out Month of_
    _April May June + July_

## **Administrative Procedures**

7.  Did you file a charge of discrimination against defendant(s) with the EEOC or
    any other federal agency?          ✓ Yes          _____ No

        If you checked "Yes," attach a copy of the charge to this complaint.

8.  Have you received a Notice of Right-to-Sue letter from the EEOC?

    ✓ Yes          _____ No

        If you checked "Yes," attach a copy of that letter to this complaint and
        state the date on which you received that letter:
        _March 5, 2015_

9.  If you are suing for **age discrimination**, check one of the following:  _N/A_

    _N/A_          60 days or more have elapsed since I filed my charge of age
                   discrimination with the EEOC

    _N/A_          Less than 60 days have passed since I filed my charge of age
                   discrimination with the EEOC

07/09/2012 15:16 FAX                                                                    ☒0004/0004

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA | |
| | ☒ EEOC | 410-2012-04030 |
| | | and EEOC |

State or local Agency, if any

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Rosa Lydick** | **(404) 944-1740** | **10-11-1956** |

| Street Address | City, State and ZIP Code |
|---|---|
| **215 Saratoga Drive** | **Alpharetta, GA 30022** |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **ADVANCED DISPOSAL** | **500 or More** | **(678) 341-7349** |

| Street Address | City, State and ZIP Code |
|---|---|
| **5374 Goshen Spring Rd** | **Norcross, GA 30093** |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☒ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **10-03-2011**   Latest **05-10-2012**

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began working for the above named company on June 4, 2010, as a Dispatcher. In October 2011, I was reassigned to a Customer Service position. On February 13, 2012, I informed Erica Bartlett, General Manager that I was being subjected to a racial hostile environment. No action was taken. On May 3, 2012, I informed Misty Pheffer, Human Resources about the racial hostile environment. On May 8, 2012, Glen Guess, Equal Employment Officer met with me. On May 9, 2012, I informed Mr. Guess that I am being subjected to retaliation.

I believe I have been discriminated against because of my race (African American) and retaliated against for opposing unlawful employment practices, in violation of Title VII of the Civil Rights Act of 1964, as amended.

RECEIVED

MAY 1 0 2012

EEOC-ATDO

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| May 10, 2012       _Rosa Lydick_ Date                Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

2



## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). **REMEMBER**, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. **Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." (PLEASE PRINT)**

**1. Personal Information**

Last Name: Lydick          First Name: Rosa          MI: K.

Street or Mailing Address: 215 Saratoga Dr          Apt or Unit #:

City: Alpharetta    County: Fulton    State: GA    Zip: 30022

Phone Numbers: Home: (404) - 944-1740    Work: ( )

Cell: (404) - 944-1740    Email Address: rosateacher@clear.Net

Date of Birth: 10-11-56    Sex: ☐ Male ☒ Female    Do You Have a Disability? ☐ Yes ☒ No

**Please answer each of the next three questions.**    i. Are you Hispanic or Latino? ☐ Yes ☒ No

ii. What is your Race?    Please choose all that apply. ☐ American Indian or Alaskan Native    ☐ Asian    ☐ White

☒ Black or African American    ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? U.S.A

**Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:**

Name: Gene Lydick          Relationship: Husband

Address: 215 Saratoga Dr City: Alpharetta State: GA Zip Code: 30022

Home Phone: 770 - 337-5122 Other Phone: ( )

**2. I believe that I was discriminated against by the following organization(s):** (Check those that apply)

☒ Employer  ☐ Union  ☐ Employment Agency  ☐ Other (Please Specify)

**Organization Contact Information** (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) **If more than one employer is involved, attach additional sheets.**

Organization Name: Advanced Disposal

Address: 5374 Goshen Springs County:

City: Norcross    State: GA Zip:          Phone: ( )

Type of Business: Solid Waste Job Location if different from Org. Address:

Human Resources Director or Owner Name: Misty Peffer    Phone: (678-341-7349

**Number of Employees in the Organization at All Locations:** Please Check (✓) One

☐ Fewer Than 15    ☐ 15 – 100    ☐ 101 – 200    ☐ 201 – 500    ☒ More than 500

**3. Your Employment Data** (Complete as many items as you are able.) **Are you a federal employee?** ☐ Yes ☒ No

Date Hired: June 4, 2010 Job Title At Hire: Dispatch/customer Service

Pay Rate When Hired: 14 00    Last or Current Pay Rate: 14 00

Job Title at Time of Alleged Discrimination: Customer Service Date Quit/Discharged:

Name and Title of Immediate Supervisor: Jill Johnson

If Job Applicant, Date You Applied for Job          Job Title Applied For

1

**4. What is the reason (basis) for your claim of employment discrimination?**

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☐ Race ☐ Sex ☐ Age ☐ Disability ☐ National Origin ☐ Religion ☑ Retaliation ☐ Pregnancy ☐ Color (typically a difference in skin shade within the same race) ☐ Genetic Information; circle which type(s) of genetic information is involved: i. genetic testing   ii. family medical history   iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify:_____

If you checked genetic information, how did the employer obtain the genetic information?_____

Other reason (basis) for discrimination (Explain): After I report the discrimination I am retaliated against and hostile enviroment.

**5. What happened to you that you believe was discriminatory?** Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you.  **Please attach additional pages if needed.**
*(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)*

A. Date: 2/13/2012 Action: I Met with GM told her my concerns about discrimination and the hostile enviroment

Name and Title of Person(s) Responsible: Jill Johnson Supervisor, Jacqui Snyder Billn

B. Date: 4/12/2012 Action: Write up retaliation

Name and Title of Person(s) Responsible Erica Bartlett   GM

**6. Why do you believe these actions were discriminatory? Please attach additional pages if needed.**
See attached Memo.

**7. What reason(s) were given to you for the acts you consider discriminatory?  By whom?  His or Her Job Title?**
Jill Johnson, Jacqui Snyder, Erica Bartlett Sherley Youngermen

**8. Describe who was in the same or similar situation as you and how they were treated.  For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance?  Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination.  For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on.  Use additional sheets if needed.**

**Of the persons in the same or similar situation as you, who was treated *better* than you?**

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. Patti McGraw | White Female | Customer Service | Allowed to Not Make 30 Day Outbound Calls treat with Resp. Open data base. |
| B. Jacqui Snyder | White Female | Billing | Allowed to harass me Speak disrespectfully, receives traing for her Job. |

2

**Of the persons in the same or similar situation as you, who was treated *worse* than you?**

Full Name        Race, Sex, Age, National Origin, Religion or Disability    Job Title    Description of Treatment

A. Cherryl Harrinauth    Support  blamed for Mistakes made by others including Supervisor's X Constantly harassed, intemidated, and Made to cry, Spoken to in disrespectful tones.

**Of the persons in the same or similar situation as you, who was treated the *same* as you?**

Full Name        Race, Sex, Age, National Origin, Religion or Disability    Job Title    Description of Treatment

A. _____

_____

B. _____

_____

**Answer questions 9-12 only if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.**

**9. Please check all that apply:**
 ☐ Yes, I have a disability
 ☐ I do not have a disability now but I did have one
 ☐ No disability but the organization treats me as if I am disabled

**10. What is the disability that you believe is the reason for the adverse action taken against you? Does this disability prevent or limit you from doing anything?** (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).

_____

_____

_____

**11. Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?**
 ☐ Yes  ☐ No
If "Yes," what medication, medical equipment or other assistance do you use?

_____

_____

**12. Did you ask your employer for any changes or assistance to do your job because of your disability?**
 ☐ Yes  ☐ No

If "Yes," when did you ask? _____ How did you ask (verbally or in writing)? _____

Who did you ask? (Provide full name and job title of person)

_____

Describe the changes or assistance that you asked for: _____

_____

_____

How did your employer respond to your request? _____

_____

3

**13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please  ttach additional pages if needed to complete your response)**

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |
|---|---|---|---|
| A. Cherryl Harrinauth | Support | 754-873-9590 | the truth |
| Latanya Richardson | Dispatch | 678-349-4041 | differents in way we are treate |
| B. Rick Cherry | Lead Driver | | History |
| Jeff Moore | Lead Supervisor | | Work conditions |

**14. Have you filed a charge previously on this matter with the EEOC or another agency?  ☐ Yes  ☒ No**

**15. If you filed a complaint with another agency, provide the name of agency and the date of filing:** _____

_____

**16. Have you sought help about this situation from a union, an attorney, or any other source? ☒ Yes  ☐ No**
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

Attorney  Lorna Katica
She advised me and gave fees

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

**BOX 1**  ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

**BOX 2**  ☒ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

_Roea Simon-Lydick_
**Signature**

_5/11/2012_
**Today's Date**

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:

1) FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/20/08). 2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626. 42 U.S.C. 12117(a)

3) PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters. 5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

November 2009

EEOC FORM 131 (11/09)

# U.S. Equal Employment Opportunity Commission

| | PERSON FILING CHARGE |
|---|---|
| ⌐ ¬<br><br>Ms. Megan Ouzts<br>Esq.<br>BAKER, DONELSON, BEARMAN, CALDWELL &<br>BERKOWITZ, P.C.<br>Monarch Plaza, Suite 1600<br>3414 Peachtree Rd, N.E.<br>Atlanta, GA 30326<br>L ⌐ | **Rosa Lydick** |
| | THIS PERSON (check one or both) |
| | [X] Claims To Be Aggrieved |
| | [ ] Is Filing on Behalf of Other(s) |
| | EEOC CHARGE NO. |
| | **410-2012-05648** |

## NOTICE OF CHARGE OF DISCRIMINATION
### (See the enclosed for additional information)

This is notice that a charge of employment discrimination has been filed against your organization under:

[X] Title VII of the Civil Rights Act (Title VII)   [ ] The Equal Pay Act (EPA)   [X] The Americans with Disabilities Act (ADA)

[ ] The Age Discrimination in Employment Act (ADEA)   [ ] The Genetic Information Nondiscrimination Act (GINA)

The boxes checked below apply to our handling of this charge:

1. [ ] No action is required by you at this time.

2. [X] Please call the EEOC Representative listed below concerning the further handling of this charge.

3. [ ] Please provide by a statement of your position on the issues covered by this charge, with copies of any supporting documentation to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

4. [X] Please respond fully by 27-AUG-12 to the enclosed request for information and send your response to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

5. [ ] EEOC has a Mediation program that gives parties an opportunity to resolve the issues of a charge without extensive investigation or expenditure of resources. If you would like to participate, please say so on the enclosed form and respond by
to
If you DO NOT wish to try Mediation, you must respond to any request(s) made above by the date(s) specified there.

For further inquiry on this matter, please use the charge number shown above. Your position statement, your response to our request for information, or any inquiry you may have should be directed to:

| **Sandra E. Gill,**<br>**Enforcement Manager** | **Atlanta District Office**<br>**100 Alabama Street, S.W.** |
|---|---|
| EEOC Representative | **Suite 4R30** |
| Telephone   **(404) 562-6824** | **Atlanta, GA 30303**<br>**Fax: (404) 562-6905** |

Enclosure(s): [X] Copy of Charge

CIRCUMSTANCES OF ALLEGED DISCRIMINATION

[X] Race [ ] Color [ ] Sex [ ] Religion [ ] National Origin [ ] Age [ ] Disability [X] Retaliation [ ] Genetic Information [ ] Other

**See enclosed copy of charge of discrimination.**

| Date | Name / Title of Authorized Official | Signature |
|---|---|---|
| **August 13, 2012** | **Bernice Williams-Kimbrough,**<br>**District Director** | *Bernice W. Kimbrough* |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA | |
| | ☒ EEOC | 410-2013-05788 |

| | | | and EEOC |
|---|---|---|---|

| State or local Agency, if any | | | |
|---|---|---|---|

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Rosa Lydick** | (404) 944-1740 | 10-11-1956 |

| Street Address | City, State and ZIP Code |
|---|---|
| **215 Saratoga Drive** | **Alpharetta, GA 30022** |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (include Area Code) |
|---|---|---|
| **ADVANCED DISPOSAL** | **500 or More** | **(678) 495-0000** |

| Street Address | City, State and ZIP Code |
|---|---|
| **5374 Goshen Spring Road** | **Norcross, GA 30093** |

| Name | No. Employees, Members | Phone No. (include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

| | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| | Earliest   Latest |

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN

☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION

☐ OTHER (Specify)

Earliest  07-09-2013   Latest  08-20-2013

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was employed by the above named company on June 4, 2010, as a Dispatcher. On May 10, 2012, and August 8, 2012, I filed two EEOC charges (410-2012-04030 and 410-201205648) against the above named company. On July 9, 2013, I applied for a position at First Payment System. On July 27, 2013, Shawn Thompson, Human Resources with First Payment System spoke with Misty Pheffer, Human Resources at the above named company regarding a job referral. Mr. Thompson mailed an employment questionnaire to Ms. Pheffer on July 29, 2013. Ms. Pheffer failed to return the employment questionnaire.

I believe I have been retaliated against for opposing unlawful employment practices, in violation of Title VII of the Civil Rights Act of 1964, as amended.

RECEIVED

Aug   2013

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| | ELICTRALLY |
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **Aug 20, 2013**   _(signature)_ | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |
| Date        Charging Party Signature | |

EEOC Form 161 (11/09)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To:  **Rosa Lydick**
     **215 Saratoga Drive**
     **Alpharetta, GA 30022**

From:  **Atlanta District Office**
       **100 Alabama Street, S.W.**
       **Suite 4R30**
       **Atlanta, GA 30303**

|  | On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a)) |
|--|--|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|--|--|--|
| 410-2012-04030 | **Samantha Y. McKinney,** Investigator | (404) 562-6867 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

**Bernice Williams-Kimbrough,**
**District Director**

(Date Mailed)

Enclosures(s)

cc:  **Megan Kreitner Ouzts**
     **Associate General Counsel**
     **ADVANCED DISPOSAL**
     **90 Fort Wade Road**
     **Ponte Vedra, FL 32081**

**Lorna Katica**
**KATICA LAW GROUP LLC**
**3535 Peachtree Road**
**Suite 520-157**
**Atlanta, GA 30326**

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

EEOC Form 161 (11/09)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Rosa Lydick<br>215 Saratoga Drive<br>Alpharetta, GA 30022 | From: | Atlanta District Office<br>100 Alabama Street, S.W.<br>Suite 4R30<br>Atlanta, GA 30303 |
|---|---|---|---|

| ☐ | On behalf of person(s) aggrieved whose identity is *CONFIDENTIAL (29 CFR §1601.7(a))* | | |

| EEOC Charge No. | EEOC Representative | | Telephone No. |
|---|---|---|---|
| 410-2013-05788 | Samantha Y. McKinney,<br>Investigator | | (404) 562-6867 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

| ☐ | The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC. |
|---|---|
| ☐ | Your allegations did not involve a disability as defined by the Americans With Disabilities Act. |
| ☐ | The Respondent employs less than the required number of employees or is not otherwise covered by the statutes. |
| ☐ | Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge |
| ☒ | The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge. |
| ☐ | The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge. |
| ☐ | Other *(briefly state)* |

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice;** or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

_____

**Bernice Williams-Kimbrough,**
**District Director**

*(Date Mailed)*

Enclosures(s)

cc:
**Megan Kreitner Ouzts**
**Associate General Counsel**
**ADVANCED DISPOSAL**
**90 Fort Wade Road**
**Ponte Vedra, FL 32081**

**Lorna Katica**
**KATICA LAW GROUP LLC**
**3535 Peachtree Road**
**Suite 520-157**
**Atlanta, GA 30326**

Enclosure with EEOC
Form 161 (11/09)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was** *mailed* **to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

### PRIVATE SUIT RIGHTS -- Equal Pay Act (EPA):

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

### ATTORNEY REPRESENTATION -- Title VII, the ADA or GINA:

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

### ATTORNEY REFERRAL AND EEOC ASSISTANCE -- All Statutes:

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months** of this Notice. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

EEOC Form 161 (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Rosa Lydick<br>215 Saratoga Drive<br>Alpharetta, GA 30022 | From: | Atlanta District Office<br>100 Alabama Street, S.W.<br>Suite 4R30<br>Atlanta, GA 30303 |
|---|---|---|---|

| | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) | |
|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 410-2012-05648 | Samantha Y. McKinney,<br>Investigator | (404) 562-6867 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

## - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_____

Enclosures(s)

**Bernice Williams-Kimbrough,<br>District Director**

(Date Mailed)

cc: 
Megan Kreitner Ouzts<br>Associate General Counsel<br>ADVANCE DISPOSAL<br>90 Fort Wade Road<br>Ponte Vedra, FL 32081

Lorna Katica<br>KATICA LAW GROUP LLC<br>3535 Peachtree Road<br>Suite 520-157<br>Atlanta, GA 30326

Enclosure with EEOC
Form 161 (11/09)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS   --   Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

### PRIVATE SUIT RIGHTS   --   Equal Pay Act (EPA):

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 – in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA back pay recovery period.

### ATTORNEY REPRESENTATION   --   Title VII, the ADA or GINA:

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

### ATTORNEY REFERRAL AND EEOC ASSISTANCE   --   All Statutes:

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

10. If you were employed by an agency of the State of Georgia or unsuccessfully sought employment with a State agency, did you file a complaint against defendant(s) with the Georgia Commission on Equal Opportunity?

_____ Yes        _____ No        __✓__ Not applicable, because I was not an employee of, or applicant with, a State agency.

If you checked "Yes," attach a copy of the complaint you filed with the Georgia Commission on Equal Opportunity and describe below what happened with it (i.e., the complaint was dismissed, there was a hearing before a special master, or there was an appeal to Superior Court):

_____

_____

_____

_____

11. If you were employed by a Federal agency or unsuccessfully sought employment with a Federal agency, did you complete the administrative process established by that agency for persons alleging denial of equal employment opportunity?

_____ Yes        _____ No        __✓__ Not applicable, because I was not an employee of, or applicant with, a Federal agency.

If you checked "Yes," describe below what happened in that administrative process:

_____

_____

_____

_____

**Nature of the Case**

12.    The conduct complained about in this lawsuit involves (check only those that apply):

_____    failure to hire me
___✓___    failure to promote me
_____    demotion
_____    reduction in my wages
___✓___    working under terms and conditions of employment that differed
           from similarly situated employees
___✓___    harassment
___✓___    retaliation
___✓___    termination of my employment
_____    failure to accommodate my disability
___✓___    other (please specify) Because of the opressive

I was harrassed +     environment I became ill unable to sleep
told I was costing co    suffered severe headaces + depression I was put on
money + time I went    medication + attended psychotherapy sessions once per week,
to Dr. for

13.    I believe that I was discriminated against because of (check only those that apply):

                                                            African
___✓___    my race or color, which is  Black/American
_____    my religion, which is _____
_____    my sex (gender), which is _____ male     ___✓___ female
_____    my national origin, which is _____
_____    my age  (my date of birth is _____)
_____    my disability or perceived disability, which is:

           _____

___✓___    my opposition to a practice of my employer that I believe violated
           the federal anti-discrimination laws or my participation in an
           EEOC investigation

___✓___    other (please specify) Because I reported
           the discrimination to HR/EED
           the GM at the time created an even
           more opressive environment against me by telling my
           Supervisor + Other Managers to make sure to be hard on me for every
           little thing no matter how minor or insignificant, even
           if there was no Justification for a reprimand.

14.   Write below, as clearly as possible, the essential facts of your claim(s). Describe specifically the conduct that you believe was discriminatory or retaliatory and how each defendant was involved. Include any facts which show that the actions you are complaining about were discriminatory or retaliatory. Take time to organize your statements; you may use numbered paragraphs if you find that helpful. Do not make legal arguments or cite cases or statutes.

Please See Attached Facts Sheet

(Attach no more than five additional sheets if necessary; type or write legibly only on one side of a page.)

Page 7 of 9

The first time I reported discrimination was early February 2012 it started in October 2011 when Erica Bartlett General Manager (GM) called me into her office and told me she was moving me from my current job to commercial customer service.

I was placed in the position (not offered or interviewed for the position) because the position is major different from residential and was given no training the first few months were very difficult.

Met with very unfriendly co-workers who did not want to help me sometime refused to answer question or use angry disrespectful tones to give the answer usually with some derogatory comment such as "I hate need people" or "she does not know what she is doing"

1. the fact I was taking between 85 to 150 calls per day and placing 20 to 45 outbound calls collecting between 12 as high as 35k per month, while the other women were standing in the office door of managers talking about un work related subject or standing in each other's cubicles talking.
2. One lady smoked cig was able to go outside every 45 minutes to an hour for 10 to 15 minutes.
3. These women were able to go on break for 20 to 25 minutes when I was told to stay in my seat not walk around.
4. I was constantly picked on about everything how I wrote my tickets so I created a form with the same info that was required and typed in the info complaints that I needed to write it. How I talked to the customer "you talking to long or not long enough"
5. I did not receive training for the position I was put in where others who applied for position were sent off site for training.
6. I was not offer a job in customer service but moved there with no training and told to ask for help.
7. When I asked for help I was sometimes ignored or snapped as with statements like just transfer the call to me or hang on I'm busy right now.
8. Not allow to talk in conversation I was expected to be docile not talk or hold conversation with the sales reps when they came into the office yet when I would be silent I was called non-social.
9. I was told I would never get a promotion if I did not learn how to kiss up to manager.
10. I was passed over for promotion when people who started with the company at the same time were promoted.
11. I came to work on time and did more than my share of the work and worked on special projects when call volume was low. Such as correcting a large mailing campaign and clearing out three years of closed files. Anytime I was going to be late I called my manager
12. Was told by management sense I had been in the billing department the department had collected more past due debt than before managers can to Pattie and my desk to say congratulations.

13. Made to sit in a room where I was forced to admit I did not follow transfer procedure or I would be fired when I refused to admit that I had done wrong the GM told me I was a liar and once told her I knew everything the badgering when on for more than an hour she would stop talking and steer at me from across her desk for long minutes with a very angry look on her face then break the silence by saying "I am not please and I will fire you"

14. The GM would come into the area where I worked singing "pick a nicka pick a nicka we need to have a little pick a nicka" and end by saying "don't make me show my ass in here"

15. They operated in a mob type of group, once the GM made it know she had it out for me people who I worked for such as the sales rep who I always got along with avoided me and would not speak or call me to process their welcome packages or get info need to make the sales as they had previously done.

16. I witness other minorities being held inside a room told to shut up and if they did not admit to something they wanted them to they would be fired

17. The GM had her boss Charles Gray come in to office take me into a room first he told me this has to stop now, asked me what I expected to get out of this I told him I wanted to be able to come to work not feel afraid, nervous and threats of being fired, wanted the managers to get sensitive training (said they already had that but that was not the truth) he told me I should quit my job that he would give me time off to search for a job, said he knew what I said has truth in it but those ladies have been with the company longer. He told me that he would talk to the manager and tell them to stop the harassment I agreed I would call the EEOC and cancel my complaint but the next day thing became worest than before.

18. Regional manager told me he would talk to his manager and tell them to stop the harassment I agreed I would call the EEOC and cancel my complaint but the next day they started picking out thing on my calls to report to GM complete exclusion from the entire office.

19. GM retaliated by called me in to write me up for being 8 minutes late and said I did not tell my supervisor I was leaving for the rest of the day when I indeed email her and called her left message on her voice mail which was common practice if she was not available.

20. EEO called me to say do not talk to anyone except him regarding my concerns or he would discipline me up to firing me.

21. EEO closed my case with HR saying I told him all was okay when I never told him all was okay while I was still being jeered and harassed

22. Showing favoritism to co-worker allowing them not to work, have long breaks and lunch breaks while demanding I stay in my seat told not to have an opinion.

23. I was harassed about have to attend doctor's appointments by Erica Bartlett and the EEO

24. Witness the miss treatment of other blacks and minorities witness the manager calling the drivers yard monkeys.

25. I witness a driver who has been in a car accident hit from behind by a young girl on her way to school the driver was not allow to seek medical treatment instead was told he had to go back out and pick up missed recycle (even when he kept telling the manager his neck was hurting) the manager was attending the barbecue and did not want to leave to take care of the driver or the missed recycle.

26. Same driver was injured on another occasion; he called me, as dispatcher I followed the protocol contacting the supervisor first then manager none of the manager want to take responsibility to help the driver took some hours before we could get the drive care and notify his family. I was told by one of the managers I was out of my place making too much of the situation as she rolled her eyes at me in a very hateful way. White driver were treated with much better care

After being interviewed for a position as "Manager in training" sometime between May and June of 2011 I was not offered the job but the duties of the job was given to me with no promotion or raise. The manager in training, Jason Spicer, was promoted to manager over the south Cobb Marietta office/transfer station.

I applied for and was interviewed for Jason's position, I was not hired for the position but was given his job duties with exception to the route evaluations that part was given to lead drivers to complete on days when they were not needed to drive recycle or roll off.

I continued to do my job dispatcher, route closer, and Jason's "manager in trainer" job and help to do most of my supervisor's job, until my supervisor Justin Rand left the company. Many of us applied for that position three were some interviews but no one hired sometime in late October early November a young white girl was hired in that position and put over one of the transfer stations.

15.   Plaintiff _____ still works for defendant(s)
      ✓ no longer works for defendant(s) or was not hired

16.   If this is a disability-related claim, did defendant(s) deny a request for
      reasonable accommodation?      _____ Yes      ✓ No

      If you checked "Yes," please explain: _____

      _____

      _____

      _____

      _____

17.   If your case goes to trial, it will be heard by a judge unless you elect a jury
      trial.  Do you request a jury trial?      ✓ Yes   _____ No

## Request for Relief

As relief from the allegations of discrimination and/or retaliation stated above,
plaintiff prays that the Court grant the following relief (check any that apply):

   ✓   Defendant(s) be directed to _be compensated of 3 years
       lost wages & bonuses_
   ✓   Money damages (list amounts)  $ 80,640.00

       _____

   ✓   Costs and fees involved in litigating this case

   ✓   Such other relief as my be appropriate

Page 8 of 9

## PLEASE READ BEFORE SIGNING THIS COMPLAINT

Before you sign this Complaint and file it with the Clerk, please review Rule 11 of the Federal Rules of Civil Procedure for a full description of your obligation of good faith in filing this Complaint and any motion or pleading in this Court, as well as the sanctions that may be imposed by the Court when a litigant (whether plaintiff or defendant) violates the provisions of Rule 11. These sanctions may include an order directing you to pay part or all of the reasonable attorney's fees and other expenses incurred by the defendant(s). Finally, if the defendant(s) is the prevailing party in this lawsuit, costs (other than attorney's fees) may be imposed upon you under Federal Rule of Civil Procedure 54(d)(1).

Signed, this _6_ day of _May_ , 20 _15_

_Rosa Lydick_
(Signature of plaintiff *pro se*)

_Rosa Lydick_
(Printed name of plaintiff *pro se*)

_215 Saratoga Dr._
(street address)

_Alpharetta GA 30022_
(City, State, and zip code)

_rosateacher@comcast.Net_
(email address)

_404-944-1740_
(telephone number)

Page 9 of 9